**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-6477**

LLOYD GEORGE MAXWELL, SR., on behalf of Lloyd
Maxwell, Jr.,

                                Petitioner - Appellant,

          versus


WARDEN, WICOMICO COUNTY DETENTION CENTER,

                                Respondent - Appellee.


Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-01-
428-L)


Submitted:  May 31, 2001              Decided:  June 11, 2001


Before WILKINS, TRAXLER, and KING, Circuit Judges.


Affirmed by unpublished per curiam opinion.


Lloyd George Maxwell, Sr., Appellant Pro Se.


Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lloyd Maxwell, Sr., a federal inmate, appeals the district court's order dismissing without prejudice the 28 U.S.C. § 2241 (1994) petition he filed on behalf of his son. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Maxwell v. Warden, Wicomico County Det. Ctr., No. CA-01-428-L (D. Md. filed Feb. 26, 2001; entered Feb. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED